AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

LASHAII T. BROWN, a.k.a. DAVID T. BROWN,

                        Petitioner,

          v.

WARDEN J.E. THOMAS,

                        Respondent.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-11-218-JLQ

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED Petitioner's request to hold this matter in abeyance is DENIED and this action shall be DISMISSED without prejudice with leave to file his claims in the appropriate state and federal forums.

August 23, 2011
*Date*

JAMES R. LARSEN
*Clerk*
s/ Linda L. Hansen
*(By) Deputy Clerk*
Linda L. Hansen